UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK ROEHLER,

    Plaintiff,

v.

GREENTREES MI, LLC, a Foreign
Limited Liability Company,
d/b/a GREENTREES APARTMENTS,

    Defendant.

Case No. 21-cv-10904-DPH-APP

Hon. Denise Page Hood (Presiding)

Magistrate Anthony P. Patti

| Joseph D. Engerer (79839) | John C. Stiglich, II (P82474) |
|---|---|
| HELMKAMP, ELLIS, ABRAHAM ENGERER | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
| Attorneys for Plaintiff | Attorneys for Defendant, Greentrees MI, LLC |
| 19500 Victor Parkway, Suite 150 | 17197 N. Laurel Park Drive, Suite 201 |
| Livonia, MI 48152 | Livonia, Michigan 48152 |
| P: (734)591-3737 | P: (313) 327-3100 |
| joseph@milivonialawyer.com | john.stiglich@wilsonelser.com |

**STIPULATION TO VOLUNTARILY DISMISS COUNT IV OF PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE**

NOW COMES Plaintiff, Frank Roehler, and Defendant, Greentrees MI, LLC ("Greentrees"), by and through their respective attorneys, and for their

252332792v.1

Stipulation to Voluntarily Dismiss Count IV of Plaintiff's Complaint without prejudice, state as follows:

1. Count IV of Plaintiff's Complaint purports to allege a cause of action against Greentrees based upon the Medicare Secondary Payer Act.

2. Plaintiff agrees to voluntarily dismiss Count IV of his Complaint against Greentrees without prejudice.

3. Plaintiff's remaining claims against Greentrees – as alleged in Counts I-III of Plaintiff's Complaint – are not impacted by this stipulation.

Respectfully submitted,

| */s/ Joseph D. Engerer (w/ permission)* <br> Joseph D. Engerer (79839) <br> HELMKAMP, ELLIS, ABRAHAM ENGERER <br> Attorneys for Plaintiff | */s/ John C. Stiglich II* <br> John C. Stiglich, II (P82474) <br> WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP <br> Attorneys for Defendant, Greentrees MI, LLC |
|---|---|

Dated: April 26, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

FRANK ROEHLER,

    Plaintiff,

v.

GREENTREES MI, LLC, a Foreign
Limited Liability Company,
d/b/a GREENTREES APARTMENTS,

    Defendant.

Case No. 21-cv-10904-DPH-APP

Hon. Denise Page Hood (Presiding)

Magistrate Anthony P. Patti

| Joseph D. Engerer (79839)<br>HELMKAMP, ELLIS, ABRAHAM ENGERER<br>Attorneys for Plaintiff<br>19500 Victor Parkway, Suite 150<br>Livonia, MI 48152<br>P: (734)591-3737<br>joseph@milivonialawyer.com | John C. Stiglich, II (P82474)<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br>Attorneys for Defendant, Greentrees MI, LLC<br>17197 N. Laurel Park Drive, Suite 201<br>Livonia, Michigan 48152<br>P: (313) 327-3100<br>john.stiglich@wilsonelser.com |
|---|---|

**STIPULATED ORDER TO VOLUNTARILY DISMISS COUNT IV OF PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE**

Upon stipulation of the parties,

**IT IS HEREBY ORDERED** that Count IV of Plaintiff's Complaint against Defendant, Greentrees MI, LLC, is voluntarily dismissed without prejudice.

**This is not a final order and does not close this case.**

252332792v.1

Dated: July 8, 2021          s/Denise Page Hood
                                         U.S. District Court Judge

I hereby stipulate to entry of this Order:

| */s/ Joseph D. Engerer (w/ permission)* <br> Joseph D. Engerer (79839) <br> HELMKAMP, ELLIS, ABRAHAM ENGERER <br> Attorneys for Plaintiff | */s/ John C. Stiglich II* <br> John C. Stiglich, II (P82474) <br> WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP <br> Attorneys for Defendant, Greentrees MI, LLC |
|---|---|

252332792v.1